UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:

                                        Chapter 7

Joseph Rizzo and
Adrian Rizzo,

                                        Case No. 19-46683-nhl

                     Debtors.
-----------------------------------------------------------X

## ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

WHEREAS, on November 5, 2019, Joseph Rizzo and Adrian Rizzo (the "Debtors") filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code; and

WHEREAS, on December 5, 2019, the Court issued a Final Notice of Section 521 Deficiencies; and

WHEREAS, to date, the Debtors have failed to cure all deficiencies; therefore, it is hereby

**ORDERED**, that the **Debtors and Debtors' counsel** each appear and show cause at a hearing before the Honorable Nancy Hershey Lord on **February 6, 2020 at 11:30 a.m.** in Courtroom 3577, United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201, as to why this case should not be dismissed for failure to file schedules under 11 U.S.C. § 521(i); and it is further

**ORDERED**, that the Clerk's Office serve a copy of this Order upon the Debtors, Debtors' counsel, the chapter 7 trustee, and the Office of the United States Trustee.



**Dated: January 14, 2020**
      **Brooklyn, New York**

                                                              **Nancy Hershey Lord**
                                                               **United States Bankruptcy Judge**